IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Sportbrain Holdings LLC**, an Illinois limited liability company, | |
| Plaintiff, | No.: 1:16-cv-010180 |
| v. | Hon Sara L. Ellis |
| **GeoPalz, LLC,** | |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Sportbrain Holdings LLC, hereby gives notice of dismissal of this action WITH PREJUDICE. The Defendant has not yet filed an answer or a motion for summary judgment.

Date: June 5, 2017                             Respectfully submitted,

                                               /s/ Kenneth Matuszewski
                                               Counsel for Plaintiff

Kenneth Matuszewski
Rabicoff Law LLC
73 W Monroe
Chicago, IL 60603
708-870-5803
kenneth@rabilaw.com

## CERTIFICATE OF SERVICE

Please take notice that on June 5, 2017, we electronically filed with the United States District Court for the Northern District of Illinois, the above Notice. A copy of this document will be electronically served upon all parties having filed an appearance in this matter.

/s/ Kenneth Matuszewski
Counsel for Plaintiff